Tod M. Ratfield (148545)
Tod M. Ratfield, APC
1233 Alpine Road
Walnut Creek, CA 94596
Phone:  (925) 934-3300
Fax:  (925) 934-9775
E-mail:  todratfield@yahoo.com

Attorneys for Defendant
MSB One, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>vs.<br><br>Lacy Town Center, LLC, a Washington Limited Liability Company; MSB One, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 3:16-cv-00480-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT MSB ONE, INC. TO FILE ITS RESPONSE TO COMPLAINT**<br><br>[Civil Local Rule 6-1(a)] |

    Pursuant to Civil Local Rule 6-1(a), Plaintiff Scott Johnson has stipulated to extend the time by two weeks for Defendant MSB One, Inc. to file a response to Plaintiff's Complaint filed on January 28, 2016.

    WHEREAS, Plaintiff's Complaint was served upon Defendant MSB One, Inc. on February 4, 2016 and Defendant's response is due to be filed on March 6, 2016;

    WHEREAS, the Parties request a two-week extension for Defendant's Response to Complaint, therefore a continuance will not affect the remaining case schedule or prejudice the Parties.

1    THEREFORE, IT IS STIPULATED by the Parties that Defendant MSB One, Inc.'s responsive pleading be filed on or before March 21, 2016.

   IT IS SO STIPULATED.

Dated: March 7, 2016                POTTER, HANDY, LLP


                                    By /s/
                                    Phyl Grace
                                    Attorneys for Plaintiff Scott Johnson


Dated: March 7, 2016                TOD M. RATFIELD, APC


                                    By /s/
                                    Tod M. Ratfield
                                    Attorneys for Defendant MSB One, Inc.


### FILER'S ATTESTATION

I, Tod M. Ratfield, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Extend Time for Defendant MSB One, Inc.'s to file its Response to Complaint.  In compliance with L.R. 5-1(i)(3), I hereby attest that Phyl Grace concurs in this filing.

Dated:  March 7, 2016               /s/
                                    Tod M. Ratfield


Dated: 3/10/16

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]