CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385,(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

JASON G. GONG (SBN: 181298)
jgong@gonglawfirm.com
LAW OFFICE OF JASON G. GONG
A Professional Corporation
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (925) 735-3800
Facsimile: (925) 735-3801
Attorney for Defendant
Lacey Town Center LLC

TOD M.RATFIELD (148545)
todratfield@yahoo.com
TOD M. RATFIELD, APC
1233 Alpine Road
Walnut Creek, CA 94596
Telephone: (925) 934-3300
Facsimile: (925) 934-9775
Attorney for Defendant
MSB One, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>LACEY TOWN CENTER LLC, a Washington Limited Liability Company; MSB ONE, INC., a California Corporation; and Does 1-10,<br><br>    Defendants, | Case: 3:16-CV-00480-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1) (A) (ii)** |

1

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1) (A) (ii), IT IS STIPULATED by and between the parties hereto, through their respective counsel of record, that this action may be dismissed with prejudice as to all parties. Each party shall bear his/her/its own attorneys' fees and costs.

Dated:  March 20, 2017          CENTER FOR DISABILITY ACCESS

By:  /s/ Phyl Grace
     Phyl Grace
     Attorneys for Plaintiff

Dated:  March 20, 2017          LAW OFFICE OF JASON G. GONG

By:  /s/ Jason G. Gong
     Jason G. Gong
     Attorney for Defendant
     Lacey Town Center LLC

Dated:  March 20, 2017          TOD M. RATFIELD, APC

By:  /s/ Tod Michael Ratfield
     Tod Michael Ratfield
     Attorney for Defendant
     MSB One, Inc

Dated: March 20, 2017

GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jason G. Gong and Tod Michael Ratfield, counsel for Lacey Town Center, LLC, and MSB One, Inc. respectively, and that I have obtained Mr. Gong's and Mr. Ratfield's authorization to affix their electronic signatures to this document.

Dated: March 20, 2017           CENTER FOR DISABILITY ACCESS

                      By:   /s/ Phyl Grace
                            Phyl Grace
                            Attorneys for Plaintiff